# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETH SENECA, an individual, and LISA ANDOH, an individual, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HOMEAGLOW, INC. D/B/A DAZZLING CLEANING, a Delaware corporation,<br><br>Defendants. | Case No. 8:23-cv-02308-JVS-ADS<br><br>**ORDER GRANTING JOINT STIPULATION REQUESTING LEAVE FOR PLAINTIFFS' THIRD AMENDED COMPLAINT TO BE ADOPTED AS THE OPERATIVE COMPLAINT AND VACATING HEARING ON MOTION TO DISMISS SECOND AMENDED COMPLAINT [41]**<br><br>**Judge**: Hon. James V. Selna<br>**Magistrate**: Hon. Autumn D. Spaeth<br><br>**Case Removed**: 12/7/2023<br>**Trial Date**: None Set |

1. Presently before the Court is the Parties' Joint Stipulation for Leave to File Third Amended Complaint. For good cause shown, the Court GRANTS the Parties' Joint Stipulation and ORDERS as follows:

    1. Plaintiffs previously filed Third Amended Complaint (Dkt. No. 39) SHALL be adopted by the Court as the operative complaint.
    2. Defendant SHALL file a responsive pleading on or before twenty-one (21) days from the date of the Court's Order granting the Parties' Joint Stipulation.
    3. The hearing on Defendant's Motion to Dismiss Plaintiffs' Second Amended Complaint, currently set for July 14, 2025, at 1:30 p.m., is vacated as the motion is moot.

IT IS SO ORDERED.

DATED: July 02, 2025

_____
Hon. James V. Selna
U.S. District Court Judge